

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE FLORES,<br><br>    Petitioner,<br><br>  v.<br><br>LEA ANN CHRONES (Warden),<br><br>    Respondent. | No. EDCV 07-100-CAS(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: 1/30/08

_____
CHRISTINA A. SNYDER
United States District Judge